IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-00011-AP**

**WILDEARTH GUARDIANS,**

    Plaintiff,

v.

**KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior,**

    Defendant.

---

**ORDER**

---

Kane, J.

    Based on the Parties' Joint Stipulation to Extend the Discovery Briefing Schedule, Doc. 13, and good cause appearing, the Parties' Joint Stipulation to Extend the Discovery Briefing Schedule is GRANTED. The briefing schedule shall be modified as follows:

    1. Plaintiff shall respond to the motion by July 2, 2010.

    2. Defendant shall reply by July 12, 2010.

Dated: June 24, 2010

                                           **s/John L. Kane**
                                           SENIOR U.S. DISTRICT JUDGE