IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-00011-AP**

**WILDEARTH GUARDIANS,**

    Plaintiff,

v.

**KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior,**

    Defendant.

---

**ORDER**

---

Kane, J.

    Based on the Parties' Joint Stipulation to Modify the Briefing Schedule, Doc. 24, and good cause appearing, the Briefing Schedule shall be modified as follows:

    1. Defendant's brief on the merits shall be due November 8, 2010

    2. Plaintiff's reply brief on the merits shall be due November 22, 2010

Dated: October 29, 2010        BY THE COURT:

                                **/s/John L. Kane**

                                SENIOR U.S. DISTRICT JUDGE