IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-00011-AP**

**WILDEARTH GUARDIANS,**

   Plaintiff,

v.

**KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior,**

   Defendant.

---

## ORDER ON JOINT MOTION FOR MODIFICATION OF
## CASE MANAGEMENT SCHEDULE

---

**Kane, J.**

   The Parties' Joint Motion to Modify the Case Management Schedule (doc. 26), good cause appearing, is GRANTED.  The Case Management Schedule shall be modified as follows:

   1.   Defendant's Motion to Dismiss and Motion for Leave to take Discovery shall be filed no later than November 10, 2010.

   2.   The deadline for Defendant's Response Brief on the Merits, presently due November 8, 2010, shall be stayed pending resolution of Defendant's Motion to Dismiss.  In the event the Motion to Dismiss is denied, Defendant will file its Response Brief on the Merits within 30 days of my order on the motion.  Plaintiff will file its Reply Brief 15 days later.

Dated:  November 4, 2010            BY THE COURT:

                                    **/s/John L. Kane**

                                    SENIOR U.S. DISTRICT JUDGE

1