**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  April 21, 2011 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Kara Spitler |

Civil Action No.: 10-cv-00011-AP

| | |
|---|---|
| WILDEARTH GUARDIANS, | Samantha Ruscavage-Barz |
| Plaintiff, | |
| v. | |
| KEN SALAZAR, Secretary of the United states Department of the Interior, | Lawson E. Fite |
| | Margot Zallen |
| Defendant. | |

### COURTROOM MINUTES

**Motions Hearing**

**1:00 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Documents tendered to the Court for review.

**1:02 p.m.     Court in recess.**

**1:11 p.m.     Court in session.**

Comments by counsel.

Comments and rulings by the Court.

**ORDERED:   Defendant's Motion to Compel Production Of Documents (Filed 3/1/11; Doc. No. 37) is DENIED.**

**1:13 p.m.     Court in recess.**
Hearing concluded.
Time in court - 4 minutes.